# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cr-00114-WMR-CCB
### USA v. Okang et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 08/10/2022.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 3:00 P.M.
TIME IN COURT: 1:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
USPO: Stephanie Schuessler
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| DEFENDANT(S): | [10]Joshua Roberts Present at proceedings |
| ATTORNEY(S) PRESENT: | E. Abt representing Joshua Roberts<br>Kelly Connors representing USA<br>Katie Hingerty representing Joshua Roberts |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| PLEADINGS FILED IN COURT: | Consent Order and Judgment of Forfeiture |
| MINUTE TEXT: | The Court heard objections to the guideline calculations on acceptance of responsibility. PSR adopted by the Court to which no other objections were raised. The Court presented guideline calculations and sentencing options and heard argument from counsel regarding a reasonable sentence. The Court advised defendant of his right of allocution and Defendant made a statement. 3553 factors given. The Court sentences Defendant to CBOP 97 MONTHS and 3 YEARS of Supervised Release as to Count 1, $100 special assessment, restitution $9,675,739.73 joint and several, fine waived. No objections to the sentence. Appeal rights given. Defendant remanded to custody of USMS. |
| HEARING STATUS: | Hearing Concluded |